In the Matter of EDWARD MORRIS, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— No opinion. Concur — Peck, P. J., Bastow, Botein and Rabin, JJ.

MAX MANDEL FRUIT & PRODUCE CO., INC., Appellant, v. VALLEY STORAGE & PRODUCE, INC., Respondent. VALLEY STORAGE & PRODUCE, INC., Plaintiff, v. MAX MANDEL FRUIT & PRODUCE CO., INC., Defendant. (Consolidated Actions.) No opinion. Concur — Peck, P. J., Bastow, Botein and Rabin, JJ.

BERNADETTE MANNUCCI et al., Appellants, v. NEW YORK CITY OMNIBUS CORPORATION, Respondent.— No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See 1 A D 2d 664.]

CLARA EULER, Respondent, v. CITY OF NEW YORK, Appellant.— No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

In the Matter of the Arbitration between SAUL GOLDSTEIN et al., Respondents, and BIRCH PRODUCTS CORPORATION, Appellant, et al., Defendants.— No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

In the Matter of JOHN ROTHSCHILD, as Designee of Twenty-Three Other Tenants of a Class and Similarly Situated, Appellant, against CHARLES ABRAMS, as State Rent Administrator, et al., Respondents.— No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

ARTHUR GARRETT, an Infant, by EVELYN GARRETT, His Guardian ad Litem, et al., Appellants, v. AMBROSE SUBRIZI, Respondent, et al., Defendants.— No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

ARTHUR J. McQUADE, Acting Public Administrator of the County of New York, as Temporary Administrator of the Estate of OTTO CARSCH, Deceased, Respondent, v. CONRAD SZTYKGOLD, Appellant.— No opinion. Concur — Bastow, J. P., Botein, Rabin and Cox, JJ.

NETTIE DE LOATCH, Respondent, v. EDWARD DE LOATCH, Appellant.— No opinion. Concur — Bastow, J. P., Botein, Rabin and Cox, JJ. [See 1 A D 2d 664.]